```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION
```

JAMES L. TOLBERT                                              PLAINTIFF

VS.                                    CIVIL ACTION NO. 3:08CV512TSL-JCS

DENBURY ONSHORE, LLC                                          DEFENDANT

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is hereby ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED this 13th day of March, 2009.

                                    /s/Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE